CLOSED, MAP, PRIOR

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:03-cr-00029-RAL All Defendants
# Internal Use Only

Case title: USA v. Rogers
Magistrate judge case number: 8:02-mj-00434

Date Filed: 01/27/2003
Date Terminated: 05/30/2003

---

Assigned to: Judge Richard A. Lazzara

**Defendant**

**Jon Rogers** (1)
*TERMINATED: 05/30/2003*
*also known as*
Jonathan Paul Rogers

represented by **Edward Joel Liebling**
Law Office of Edward Liebling, PA
Suite 203
2655 McCormick Dr
Clearwater, FL 33759
727/725-3600
Fax: 727/725-3724
Email: lawfirm1@tampabay.rr.com
*TERMINATED: 05/30/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
| --- | --- |
| 21:846=CM.F CONSPIRACY TO MANUFACTURE CONTROLLED SUBSTANCE (1) | Probation: 5 years. Fine: waived. Special assessment: $100.00. |

**Highest Offense Level (Opening)**

Felony

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

Case 1:07-cr-00061-ML-DLM Document 2-5 Filed 04/23/2007 Page 2 of 6

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Surety**

**Linda Welch**
*TERMINATED: 05/30/2003*

---

**Plaintiff**

**United States of America** represented by **Anthony Edward Porcelli**
U.S. Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274-6000
Email: anthony.porcelli@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Willing-FLU**
U.S. Attorney's Office (Tampa)
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274-6038
Fax: 813/274-6247
Email: FLUDocket.Mailbox@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2002 | 1 | COMPLAINT as to Jon Rogers before Magistrate Judge Thomas G. Wilson [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/19/2002 | 2 | WARRANT ( ARREST) issued as to Jon Rogers [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/19/2002 | | ARREST of Jon Rogers [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/19/2002 | 3 | INITIAL APPEARANCE held on 9/19/02 before Magistrate Judge Thomas G. Wilson as to Jon Rogers Tape: 142/2436 - 143/1796 Defendant informed of rights. Attorney Carl Johnston appointed. WAIVED preliminary exam hearing. Bail set at $50,000 personal surety (mother) with other conditions. [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/19/2002 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Jon Rogers [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/19/2002 | 5 | ORDER setting conditions of release as to Jon Rogers Bond set to $50,000 Surety for Jon Rogers. In addition to standard conditions, travel in Middle District of Florida, report by phone every Thursday by 4 PM to Pre-Trial Services, abstain from drug use, submit to drug testing as directed ( Signed by Magistrate Judge Thomas G. Wilson ) [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/19/2002 | 6 | APPEARANCE BOND ( Surety) for Jon Rogers in the amount of $ 50,000 ( Signed by Magistrate Judge Thomas G. Wilson ) [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/19/2002 | | (Court only) **ADDED party Surety Linda Welch as to Jon Rogers [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/19/2002 | | (Court only) **ADDED government attorney Anthony Edward Porcelli [ 8:02-m -434 ] (caw) (Entered: 09/23/2002) |
| 09/23/2002 | 7 | WARRANT ( ARREST) returned executed as to Jon Rogers on 9/19/02 [ 8:02-m -434 ] (caw) (Entered: 09/24/2002) |
| 09/24/2002 | 8 | CJA 20 appointing Carl A. Johnston as to Jon Rogers ( Signed by Magistrate Judge Thomas G. Wilson ) [ 8:02-m -434 ] (caw) (Entered: 09/24/2002) |
| 09/24/2002 | 9 | NOTICE of attorney Carl A. Johnston appearance for Jon |

| | | |
|---|---|---|
| | | Rogers by [ 8:02-m -434 ] (caw) (Entered: 09/24/2002) |
| 10/07/2002 | 10 | NOTICE of attorney appearance for Jon Rogers by Edward Joel Liebling [ 8:02-m -434 ] (ag) (Entered: 10/08/2002) |
| 10/08/2002 | 11 | STIPULATION for substitution of counsel (Edward Liebling in place of Carl A. Johnston) as to Jon Rogers [ 8:02-m -434 ] (ag) (Entered: 10/09/2002) |
| 10/11/2002 | | ENDORSED ORDER granting [11-1] stipulation for substitution of counsel (Edward Liebling in place of Carl A. Johnston), granting [11-2] stipulation terminated attorney Carl A. Johnston for Jon Rogers Added Edward Liebling ( Signed by Magistrate Judge Thomas G. Wilson ) ctc [ 8:02-m -434 ] (caw) (Entered: 10/11/2002) |
| 12/12/2002 | 12 | MOTION by Jon Rogers to approve out of state travel 12/20/02-1/2/03to Pennsylvania [ 8:02-m -434 ] (caw) (Entered: 12/13/2002) |
| 12/13/2002 | 13 | ORDER granting [12-1] motion to approve out of state travel 12/20/02-1/2/03to Pennsylvania as to Jon Rogers (1) ( Signed by Magistrate Judge Thomas G. Wilson ) ctc [ 8:02-m -434 ] (caw) (Entered: 12/13/2002) |
| 01/27/2003 | | Pleadings 1-13 are scanned under magistrate case no. 8:02-M-434-TGW. (snp) (Entered: 01/29/2003) |
| 01/27/2003 | 14 | INFORMATION as to Jon Rogers (1) count(s) 1 (snp) (Entered: 01/29/2003) |
| 01/27/2003 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: Mark A. Pizzo (snp) (Entered: 01/29/2003) |
| 01/27/2003 | 15 | WAIVER OF INDICTMENT by Jon Rogers (snp) (Entered: 01/29/2003) |
| 01/27/2003 | 16 | PLEA AGREEMENT as to Jon Rogers (snp) (Entered: 01/29/2003) |
| 01/27/2003 | | (Court only) **ADDED government attorney Anthony Edward Porcelli (snp) (Entered: 01/29/2003) |
| 02/04/2003 | 17 | NOTICE OF HEARING: set change of plea hearing for 3:00 p.m. on 2/13/03 for Jon Rogers scheduled for Magistrate Judge Mark A. Pizzo ( Signed by Deputy Clerk ) ctc (bls) (Entered: 02/05/2003) |
| | | |

| | | |
|---|---|---|
| 02/13/2003 | 18 | CHANGE OF PLEA HEARING held before Magistrate Judge Mark A. Pizzo, guilty plea proffered as to Jon Rogers (1) count 1 Court Reporter: Debbie Flatow (bls) (Entered: 02/14/2003) |
| 02/13/2003 | 19 | CONSENT to court's inspection of PSI report prior to plea of guilty or finding of guilt by Jon Rogers (bls) (Entered: 02/14/2003) |
| 02/13/2003 | 20 | NOTICE regarding plea of guilty furnished to counsel as to Jon Rogers (bls) (Entered: 02/14/2003) |
| 02/13/2003 | 21 | REPORT AND RECOMMENDATION concerning plea of guilty as to Jon Rogers. Objections due by 3/5/03. ( Signed by Magistrate Judge Mark A. Pizzo ) ctc (bls) (Entered: 02/14/2003) |
| 02/27/2003 | 22 | MOTION by Jon Rogers to approve out of state travel referred to Magistrate Judge Thomas G. Wilson (ag) (Entered: 02/28/2003) |
| 03/03/2003 | 23 | ORDER granting [22-1] motion to approve out of state travel as to Jon Rogers. (Signed by Judge Richard A. Lazzara) ctc (ag) (Entered: 03/04/2003) |
| 03/04/2003 | 24 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt as to Jon Rogers; count 1. Sentencing set for 9:30 a.m. on 5/16/03. Scheduled for Judge Richard A. Lazzara. ( Signed by Judge Richard A. Lazzara ) ctc (bls) (Entered: 03/05/2003) |
| 03/12/2003 | 25 | MOTION by Jon Rogers to reset sentencing date (bls) (Entered: 03/13/2003) |
| 03/13/2003 | 26 | ORDER granting [25-1] motion to reset sentencing date as to Jon Rogers (1), set sentencing for 9:00 a.m. on 5/30/03 for Jon Rogers scheduled for Judge Richard A. Lazzara ( Signed by Judge Richard A. Lazzara ) ctc (bls) (Entered: 03/14/2003) |
| 05/08/2003 | 27 | MOTION by Jon Rogers to approve out of state travel Referred to Magistrate Judge Thomas G. Wilson (bls) (Entered: 05/09/2003) |
| 05/12/2003 | 28 | ORDER granting [27-1] motion to approve out of state travel as to Jon Rogers (1) ( Signed by Judge Richard A. Lazzara ) ctc (bls) (Entered: 05/13/2003) |
| 05/28/2003 | 29 | MOTION by USA for reduction of defendant's sentence pursuant to Rule 5k1.1 as to Jon Rogers (bls) (Entered: 05/29/2003) |

| | | |
|---|---|---|
| 05/30/2003 | 30 | MOTION with memorandum in support by USA as to Jon Rogers to reduce sentence (bls) (Entered: 06/02/2003) |
| 05/30/2003 | | ENDORSED ORDER granting [30-1] motion to reduce sentence as to Jon Rogers (1) ( Signed by Judge Richard A. Lazzara ) ctc (bls) (Entered: 06/02/2003) |
| 05/30/2003 | | ENDORSED ORDER granting [29-1] motion for reduction of defendant's sentence pursuant to Rule 5k1.1 as to Jon Rogers (1) ( Signed by Judge Richard A. Lazzara ) ctc (bls) (Entered: 06/02/2003) |
| 05/30/2003 | 31 | SENTENCING held on 5/30/03 before Judge Richard A. Lazzara as to Jon Rogers (1) count 1. Probation: 5 years. Fine: waived. Special assessment: $100.00. Court Reporter: Claudia Spangler-Fry (bls) (Entered: 06/02/2003) |
| 05/30/2003 | 32 | JUDGMENT as to Jon Rogers ( Signed by Judge Richard A. Lazzara ) ctc (bls) (Entered: 06/02/2003) |
| 05/30/2003 | | (Court only) CASE CLOSED as to Jon Rogers (all defendants). (bls) (Entered: 06/02/2003) |
| 06/30/2003 | 33 | NOTICE of attorney appearance for USA by Patricia A. Willing (bls) (Entered: 07/01/2003) |
| 04/17/2007 | 34 | TRANSFER of jurisdiction to District of Rhode Island as to Jon Rogers Transmitted transfer of jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ejc) (Entered: 04/18/2007) |